**Mary Arleen MILLER, Plaintiff–Appellant,**

v.

**Rance MAKUCH; et al., Defendants–Appellees.**

**No. 00–16545.**
**D.C. No. CV–00–00323–PGR.**

United States Court of Appeals,
Ninth Circuit.

Submitted April 9, 2001.[*]

Decided April 18, 2001.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed.

R.App. P. 34(a)(2).

Before CANBY, KOZINSKI, and RYMER, Circuit Judges.

## MEMORANDUM **

Mary Arleen Miller appeals pro se the district court's judgment dismissing her action against a municipal court judge, the Page, Arizona city attorney, the city manager, and an animal control officer after she was issued a citation on account of crowing by her rooster in violation of a municipal ordinance. We have jurisdiction pursuant to 28 U.S.C. § 1291. We review de novo the district court's dismissal for failure to state a claim pursuant to Federal Rule of Civil Procedure 12(b)(6). *Johnson v. Knowles*, 113 F.3d 1114, 1117 (9th Cir. 1997). The district court cannot dismiss a complaint unless it appears beyond a reasonable doubt that Miller can prove no set of facts in support of her claims that would entitle her to relief. *See id.*

We affirm the district court for the reasons stated in the district court's July 18, 2000 order.

AFFIRMED.

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.

